UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:					Case Number 11-17990 JHW

Debtor: Maureen B. & Robin S. Reiss

| Check Number | Creditor | Amount |
|---|---|---|
| 1811615 | Bank of America, N.A. | 2089.22 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 11, 2013